*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _~~~_ D.C.

05 AUG -2 AM 8: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

---

**JEROME MILLER,**

       **Plaintiff,**

**v.**

**FEDERAL EXPRESS CORPORATION, et al.,**

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:05-2487-B**

---

**DECISION BY COURT.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Of Dismissal Without Prejudice entered on July 27, 2005, this cause is hereby dismissed without prejudice.

**APPROVED:**

_J. Daniel Breen (signature)_

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

_8/1/06_
**Date**

**THOMAS M. GOULD**

_____
**Clerk of Court**

_Earline Drayer (signature)_
**(By)  Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-3-05_

④

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in
case 2:05-CV-02487 was distributed by fax, mail, or direct printing on
August 3, 2005 to the parties listed.

---

Jerome Miller
3071 DeWitt Cove
Memphis, TN 38118

Honorable J. Breen
US DISTRICT COURT